An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY DARRISAW,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 63215

**FILED**

JUN 0 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion to challenge the trial court's jurisdiction. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-16674

cc: Hon. James M. Bixler, District Judge
Jeffrey Darrisaw
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A